UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE KOSILEK,<br>    Plaintiff | )<br>)<br>) |
| VS. | )   CIVIL ACTION NO. 00-12455-MLW<br>) |
| MASSACHUSETTS DEPARTMENT<br>OF CORRECTION, ET AL.,<br>    Defendants | )<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as attorney for the defendants, Correctional Medical Services, Inc. and Arthur Brewer, M.D., in the above-captioned matter.

|  |  |
|---|---|
|  | The Defendants,<br>CORRECTIONAL MEDICAL SERVICES, INC.<br>and ARTHUR BREWER, M.D.<br>By their attorneys,<br><br>MORRISON MAHONEY LLP |
| I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the 20th day of December, 2004.<br><br>/S/ Bruce R. Henry<br>_____<br>Bruce R. Henry | /S/ Bruce R. Henry<br>_____<br>Bruce R. Henry, BBO #230880<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

1117129v1