UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE LYNNE KOSILEK,<br>    Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| MASSACHUSETTS DEPARTMENT<br>OF CORRECTION; MICHAEL T.<br>MALONEY; CORRECTIONAL MEDICAL<br>SERVICES, INC.; U/MASS MEDICAL<br>SCHOOL; DR. ARTHUR BREWER;<br>DR. HARRISON O'CONNOR and<br>DR. KENNETH APPLEBAUM [SIC],<br>    Defendants | )<br>)  CIVIL ACTION NO. 00-12455-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT OF THE DEFENDANTS, CORRECTIONAL
MEDICAL SERVICES, INC. AND DR. ARTHUR BREWER**

Now come the defendants, Correctional Medical Services, Inc. and Dr. Arthur Brewer, and, in accordance with the Order entered by this Court, hereby report that the Plaintiff Michelle Kosilek and Defendant Correctional Medical Services, Inc. have reached a settlement in the above-referenced matter.  The Plaintiff has further agreed and stipulated pursuant to Fed.R.Civ.P. 41(a)(1)(ii) to dismiss, with prejudice, all claims that she has or may have against defendants, Correctional Medical Services, Inc. and Dr. Arthur Brewer, which arise out of events as alleged in her Complaint.

///

///

///

1

966873v1

The defendants have circulated by mail a Stipulation of Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), to all counsel of record.

                                                    Respectfully submitted,

                                                    /S/ Victoria A. Crawshaw
                                                    _____
                                                    David A. Hilton, BBO #548214
                                                    Victoria A. Crawshaw, BBO #640935
                                                    Attorneys for Defendants Correctional Medical
                                                    Services, Inc. and Arthur Brewer, M.D.
                                                    Morrison Mahoney LLP
                                                    250 Summer Street
                                                    Boston, MA 02210
                                                    (617) 439-7500

966873v1