UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELLE LYNNE KOSILEK,<br>   Plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| MASSACHUSETTS DEPARTMENT OF<br>CORRECTIONS; MICHAEL T.<br>MALONEY; CORRECTIONAL MEDICAL<br>SERVICES, INC.; U/MASS MEDICAL<br>SCHOOL; DR. ARTHUR BREWER; DR.<br>HARRISON O'CONNOR; AND DR.<br>KENNETH APPLEBAUM [SIC]<br>   Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION<br>NO. 00-12455 |

## STATUS REPORT OF THE DEFENDANTS, UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL, DR. HARRISON O'CONNOR AND DR. KENNETH APPELBAUM

Now come the defendants, University of Massachusetts Medical School, Dr. Harrison O'Connor and Dr. Kenneth Appelbaum and, in accord with the Order entered by this Court on April 25, 2005, hereby provide the following status report relative to the above matter:

At this point, the plaintiff has reportedly agreed to voluntarily dismiss this action against Correctional Medical Services, Inc. and Dr. Arthur Brewer. However, the plaintiff has not agreed to dismiss the claims against the other health care providers, Dr. Harrison O'Connor, Dr. Kenneth Appelbaum or University Of Massachusetts Medical School.

2

Consequently, the remaining health care defendants once again request this Court to lift the stay of this action so that the Court may consider the pending motions for summary judgment at this time. In that regard, the defendants state that said motions have been pending since 2001. As set forth in the motions to dismiss and/or for summary judgment, the plaintiff's claims should be dismissed, as a matter of law.

Wherefore, the remaining health care defendants respectfully request that this Court vacate the order to stay this action and schedule a hearing with regard to the motions to dismiss and/or for summary judgment.

/s/ Stephen M. O'Shea

Stephen M. O'Shea
BBO #559236
Attorney for the Defendants,
University of Massachusetts Medical School,
Dr. Harrison O'Connor and
Dr. Kenneth Appelbaum
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street, 7th Floor
Boston, Massachusetts 02114
(617) 227-3240