UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

MICHELLE KOSILEK,

    Plaintiff,

v.                                           Civil Action No. 00-12455-MLW

KATHLEEN M. DENNEHY,
DEPARTMENT OF CORRECTION, *et. al.*

    Defendants.

DEFENDANTS' NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 5(a), please enter our appearance as counsel for the defendants KATHLEEN DENNEHY, the MASSACHUSETTS DEPARTMENT OF CORRECTION, *et. al.* in the above-entitled civil action.

Thank you.

                                                           Respectfully submitted,
                                                           NANCY ANKERS WHITE

                                                           Special Assistant Attorney General

Dated:  December 21, 2005           /s/ Joan T.   Kennedy
                                                      Joan T. Kennedy, Counsel
                                                      BBO#554935
                                                     Legal Division
                                                     Department of Correction
                                                     70 Franklin Street, Suite #600
                                                     Boston, MA 02110-1300
                                                     Tel. (617) 727-3300, Ext. 160

2

CERTIFICATE OF SERVICE

    I, Joan T. Kennedy, counsel for the defendants, Kathleen Dennehy, the Mass. Department of Correction, *et. al.*, hereby certify that on this day I served copies of the foregoing document on all counsel of record by electronic filing of same with the Court.

Dated:  December 21, 2005      /s/ Joan T. Kennedy
                                      Joan T. Kennedy