UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE KOSILEK,<br><br>                Plaintiff,<br><br>      v.<br><br>KATHLEEN M. DENNEHY,<br><br>                Defendant. | Civil Action No. 00-12455 MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph L. Sulman of Dechert LLP for Plaintiff Michelle Kosilek in the above captioned matter.

Dated: January 30, 2006

/s/ Joseph L. Sulman
Joseph L. Sulman (BBO # 663635)
DECHERT, LLP
200 Clarendon Street, 27th Fl.
Boston, MA 02116
(617) 654-8621
joseph.sulman@dechert.com

ATTORNEY FOR PLAINTIFF
MICHELLE KOSILEK

## CERTIFICATE OF SERVICE

I, Joseph L. Sulman, hereby certify that on this 30th day of January, 2006, a true and correct copy of the Notice of Appearance was served upon counsel for Defendant by ECF.

January 30, 2006

/s/ Joseph L. Sulman
Joseph L. Sulman