UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MICHELLE KOSILEK,                )
        Plaintiff,               )
                                 )    C.A. No. 00-12455-MLW
        v.                       )
                                 )
KATHLEEN M. DENNEHY,             )
        Defendant.               )
```

ORDER

WOLF, D.J.                                          August 30, 2006

    Attached are letters that the court has sent today to Dr. Paul Fink and Dr. Stephen Levine concerning their willingness to be considered for appointment pursuant to Federal Rule of Evidence 706.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE