# United States District Court
### Boston, Massachusetts 02210

**MARK L. WOLF**
CHIEF JUDGE

November 20, 2006

BY FEDERAL EXPRESS AND EMAIL

Dr. Stephen B. Levine
Center for Marital and Sexual Health
23230 Chagrin Boulevard
Suite 350
Beechwood, OH 44122-5022

Dear Dr. Levine:

    Enclosed are the materials I have received from counsel concerning the MMPI administered to Michelle Kosilek on October 7, 2005, and the Psychological Evaluation of Kosilek done in 1992, which included a MMPI and reports other information as well.

    With best wishes,

                                            Sincerely yours,

                                            Mark L. Wolf

cc:   Frances Cohen, Esq.
       Richard McFarland, Esq.