UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA00-12455

| Michelle Kosilek | Kathleen Dennehy |
|---|---|
| PLAINTIFF | DEFENDANT |
| Fran Cohen | Richard McFarland |
| Joseph Sulman | Joan Kennedy |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Bench Trial -Day 24 |
|---|---|
| 12/19/06 | Dr. Stephen Levine called by the defendant - witness takes the stand and is sworn. Dr. Levine is on the stand for the entire day. Court excuses the witness. Court takes up other matters with counsel. Court asks the parties if they would like to provide additional evidence. Plaintiff requests additional time to reflect on the request after she gets the transcripts from today's trial testimony. Court gives the parties until 1/5/2007 to confer and report whether they are requesting an opportunity to present additional evidence and if so, what. If not then the parties shall also provide a schedule for supplementing their proposed findings of fact and conclusions of law. If further testimony is going to be taken then it will occur on 1/11/07. Court sees counsel in the lobby. |