# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

The original transcripts are maintained in the case file in the Clerk's Office and are not viewable electronically. Copies may be obtained by contacting the court reporter or the Clerk's Office.