UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************
                              *
MICHELLE LYNNE KOSILEK,       *     Civil Action No. 00-12455-MLW
                              *
        Plaintiff,            *
                              *
v.                            *
                              *
Harold W. Clarke,             *
                              *
        Defendant.            *
                              *
*******************************
```

## JOINT STATUS REPORT

Plaintiff Michelle Lynne Kosilek and Defendant Harold W. Clarke jointly report to this Court on the status of the medical issues identified in plaintiff's Informative Motion, dated January 8, 2008. Counsel for Kosilek and Commissioner Clarke have discussed the medical issues and believe that progress has been made on addressing them. Specifically, according to DOC counsel, Kosilek was seen in person by the endocrinologist Dr. Maria Warth on April 22, and electrolysis treatment for Kosilek was approved on May 2 by the medical provider for the DOC, the University of Massachusetts Correctional Health Program.

The foregoing represents the parties current understanding of the status of Kosilek's medical issues raised in the Informative Motion and is subject to change pending further developments.

May 2, 2008

/s/ Joseph L. Sulman                             NANCY ANKERS WHITE
Frances S. Cohen (BBO No. 542811)

1

2

| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, Massachusetts 02210<br>Phone: (617) 951-8872<br>Fax: (617) 951-8736<br>frances.cohen@bingham.com<br><br>Joseph L. Sulman (BBO No. 663635)<br>DECHERT LLP<br>200 Clarendon Street, 27th Floor<br>Boston, Massachusetts 02116<br>Phone: (617) 728-7100<br>Fax: (617) 426-6567<br>joseph.sulman@dechert.com<br><br>*Counsel for plaintiff Michelle Lynne Kosilek* | Special Assistant Attorney General<br><br>/s/ Richard C. McFarland<br>Richard C. McFarland (BBO #542278)<br>Joan T. Kennedy (BBO #5544935)<br>Legal Division<br>Department of Correction~~s~~<br>70 Franklin Street, Suite #600<br>Boston, MA 02110-1300<br>Phone: (617) 727-3300<br>Fax:  (617) 727-7403<br>rcmcfarland@doc.state.ma.us<br>jtkconstant@doc.state.ma.us<br>*Counsel for Defendant* |