UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MICHELLE KOSILEK,**

    **Plaintiff,**

    v.                                                Civil Action No. 00-12455-MLW

**HAROLD W. CLARKE,**

    **Defendant.**

## DEFENDANT'S RESPONSE TO APRIL 16, 2008 COURT ORDER

Defendant, Harold W. Clarke, Commissioner of the Massachusetts Department of Correction, through counsel, hereby submits the attached Statement of Commissioner Harold W. Clarke Regarding Inmate Michelle Kosilek's Request for Sex Reassignment Surgery, in compliance with the Court's Order of April 16, 2008.

Dated: May 7, 2008                            Respectfully submitted,

                                                          NANCY ANKERS WHITE
                                                          Special Assistant Attorney General

                                                          /s/ *Richard C. McFarland*
                                                          Richard C. McFarland, BBO# 542278
                                                          Joan T. Kennedy, BBO# 554935
                                                          Legal Division
                                                          Department of Correction
                                                          70 Franklin Street, Suite 600
                                                          Boston, MA 02110-1300
                                                          (617) 727-3300

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 5/7/08.

/s/ *Richard C. McFarland*
Richard C. McFarland