UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA00-12455

| Michelle Kosilek | Harold Clarke et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Richard McFarland | Fran Cohen |
| Joan Kennedy | Joseph Sulman |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Bench Trial - Day 27 |
|---|---|
| 5/13/08 | Court goes over preliminary matters with the parties. Defendant offers complete classification report for completeness of the record. Plaintiff objects. Court marks the exhibit WWW for identification only. Plaintiff offers redacted form of exhibit 110. Plaintiff withdraws the unfair surprise claim as to exhibit WWW. Commissioner Clarke retakes the stand and is reminded by the court that he remains under oath. Plaintiff finishes her cross. Court takes the morning recess. Court resumes and defense counsel starts his redirect of Commissioner Clarke. Court asks questions of the witness. Parties give closing arguments to the court based on the testimony of Commissioner Clarke. Court orders defendant to bring copy of recent proposed findings of fact and conclusions of law to court with her on May 15, 2008. Court orders the parties to file revised versions of the same by June 4, 2008. |