UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Michelle Lynne Kosilek, | \* | |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| v. | \* | |
| | \* | C.A. No. 00-12455-MLW |
| | \* | |
| Harold W. Clarke, | \* | |
| | \* | |
| Defendant. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION BY PLAINTIFF MICHELLE LYNNE KOSILEK FOR INTERIM RELIEF

Plaintiff Michelle Lynne Kosilek moves this Court for interim relief to compel the Department of Corrections (the "DOC") to provide Ms. Kosilek with her medically-recommend treatment for Gender Identity Disorder while awaiting final judgment in this matter. Ms. Kosilek received a recommendation for electrolysis treatment on February 23, 2003 from David Seil, M.D., *see* Trial Ex. 10, and again on February 24, 2005 from Kevin Kapila, M.D. and Randi Kaufman, Psy, D., *see* Trial Ex. 25 ("Fenway Report"). Ms. Kosilek required, unfortunately, Court involvement before receiving this treatment.

The DOC represented to this Court in a May 2, 2008 Joint Status Report that "[Ms.] Kosilek was seen in person by the endocrinologist Dr. Maria Warth on April 22, and electrolysis treatment was approved for [Ms.] Kosilek on May 2 by the medical provider for the DOC, the University of Massachusetts Correctional Health Program." *See* May 2, 2008 Joint Status Report (ECF Doc. 432). On May 12, 2008, prior to the testimony of Commissioner Harold Clarke, this Court noted that the "joint status report indicates that progress was made in addressing the

immediate needs in regards to the endocrinologist and the electrolysis and it's my understanding that I'm not being asked to address those [needs] today." *See* May 12, 2008 Tr. at 5:3-7.  Ms. Kosilek began receiving electrolysis treatment thereafter on August 18, 2008, but it was subsequently stopped without explanation after a final treatment on October 6, 2008.   Despite repeated requests, first from Ms. Kosilek and eventually from her counsel, no one from the DOC or its medical provider the University of Massachusetts Correctional Health Program explained the reason for the cessation in treatment.

As explained in the attached affidavit by Ms. Kosilek, it is her understanding based on conversations with her primary care physician that the DOC's current policy regarding GID treatment is to provide no treatment that the DOC is not already providing without a court order.

Ms. Kosilek moves for an interim order specifically directing the DOC to recommence electrolysis treatment.  This treatment is the subject of specific recommendations by Drs. Kapila and Kaufman in the Fenway Report.  A prison doctor's refusal to follow a specialist's recommendation demonstrates deliberate indifference.  *See Gill v. Reed,* 381 F.3d 649, 663 (7th Cir. 2004); *Jones v. Simek*, 193 F.3d 485, 491 (7th Cir. 1999); *Cole v. Goord*, No 04-8906, 2005 U.S. Dist. LEXIS 14117, *5 (S.D.N.Y. July 12, 2005).  This larger legal framework is set forth completely in paragraphs 377-390 of Plaintiff's Second Revised Proposed Findings of Fact and Conclusions of Law (ECF No. 445).

May 20, 2009

Frances S. Cohen (BBO # 542811)                    /s/ Joseph Sulman
BINGHAM MCCUTCHEN LLP                              Joseph L. Sulman (BBO # 663635)
150 Federal Street                                 TODD & WELD LLP
Boston, MA 02210                                   28 State Street
Phone: (617) 951- 8872                             Boston, MA 02109
Fax:    (617) 951-8736                             Phone: (617) 720-2626
frances.cohen@bingham.com                          Fax:    (617) 277-5777
                                                   jsulman@toddweld.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to L.R., D. Mass. 7.1(A)(2), counsel for Plaintiff contacted

counsel for Defendant about this motion on May 20, 2009 by telephone in a good faith attempt to

resolve or narrow the issues raised in this motion, but was unable to do so.

/s/ Joseph L. Sulman

Joseph L. Sulman (BBO # 663635)
TODD & WELD LLP
28 State Street
Boston, MA 02109
Phone: (617) 720-2626
Fax:    (617) 277-5777
jsulman@toddweld.com