```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

MICHELLE KOSILEK,                )
      Plaintiff,              )
                                 ) C.A. No. 00-12455-MLW
     v.                         )
                                 )
HAROLD W. CLARKE, ET AL.         )
      Defendants.             )

## ORDER

WOLF, D.J.                                              June 20, 2009

    1.  Plaintiff Michelle Kosilek's Motion for a Status Conference (Docket No. 460) is ALLOWED.

    2.  A status conference and hearing on Kosilek's Motion for Interim Relief (Docket No. 461) shall be held on August 11, 2009, at 10:30 a.m.

    3.  Counsel for the parties shall, by July 31, 2009, confer and file a statement of their respective positions on all of the issues to be addressed on August 11, 2009.

                                                    /s/ MARK L. WOLF
                                                    UNITED STATES DISTRICT JUDGE