UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE KOSILEK,                    )
      Plaintiff,                )
                        ) C.A. No. 00-12455-MLW
      v.                        )
                        )
HAROLD W. CLARKE,                    )
      Defendant.                )

ORDER

WOLF, D.J.                                          August 11, 2009

For the reasons stated in court on August 11, 2009, it is hereby ORDERED that:

1.   The Motion by Plaintiff Michelle Kosilek for Interim Relief (Docket No. 461) is DENIED without prejudice.

2.   The parties shall confer and, by August 25, 2009, report whether further litigation is necessary concerning whether plaintiff's Eighth Amendment rights are being violated as a result of the termination of the electrolysis treatments previously provided by the Department of Corrections.

3.   Defendant Harold W. Clarke's Motion for a Protective Order (Docket No. 467) is ALLOWED in part and DENIED in part.  If continued litigation concerning electrolysis is necessary, defendant shall, by September 1, 2009:

      a)   Identify for plaintiff each person who participated in or contributed to the decision to terminate Kosilek's electrolysis treatments;

      b)   Produce to plaintiff all records relating to that

decision, including but not limited to all records of communications concerning the decision; and

c)   Produce to plaintiff Kosilek's complete medical records, including all records in the possession of University of Massachusetts Correctional Health or Mental Health Management.

4.   By October 2, 2009, plaintiff may take up to four depositions of individuals who participated in or contributed to the decision to terminate Kosilek's electrolysis treatments and defendant may take plaintiff's deposition on the issue of whether Kosilek has a serious medical need for electrolysis.

5.   Any renewed motion for an order directing defendant to provide Kosilek additional electrolysis treatments shall be filed by October 16, 2009.  Defendant shall respond by October 30, 2009. Any reply shall be filed by November 10, 2009.

6.   A hearing on any renewed motion for an order directing the resumption of electrolysis treatments will commence on November 23, 2009, at 9:30 a.m., and continue from day to day until concluded.


/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE