## Affidavit of Michelle Lynne Kosilek

I am the plaintiff who prevailed in C.A. 00-12455 MLW, and from 11-18-00 until 12-24-04, I was pro se counsel as well. Between 11-18-00 and 9-5-12, I incurred the following out-of-pocket expenses:

Stamps  —  $496.86

Bulk Postage —  156.18

Envelopes       26.10

Copies           7.80

Filing Fee      11.75  (remainder of $120.00 fee still due)

Total:        $698.69

Having prevailed, I am asking the court to order the defendant to reimburse me for my expenses.

Signed under pain and penalty of perjury.

September 5, 2012

Michelle Lynne Kosilek
Michelle Lynne Kosilek