UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE L. KOSILEK,<br>　　　Plaintiff,<br><br>　　　v.<br><br>LUIS S. SPENCER, in his official<br>capacity as Commissioner of the<br>Massachusetts Department of<br>Correction,<br>　　　Defendant. | )<br>)<br>)<br>)  C.A. No. 00-12455-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                November 20, 2012

　　　For the reasons described in detail in court on November 20, 2012, it is hereby ORDERED that:

　　　1.　Plaintiff Michelle Kosilek's Motion to Amend Judgment (Docket No. 568) is DENIED. The denial is, however, without prejudice to the filing of a new case concerning electrolysis based on current circumstances if they involve a material change in the relevant facts. See, e.g., South Boston Allied War Veterans Council v. The City of Boston, 875 F. Supp. 891, 907-10 (D. Mass. 1995).

　　　2.　Defendant Luis S. Spencer's Motion to Stay Execution of Final Judgment Pending a Decision on Defendant's Appeal (Docket No. 561) is ALLOWED on the following conditions imposed pursuant to Federal Rule of Civil Procedure 62(c):

　　　　　a)　Defendant shall take forthwith all of the actions reasonably necessary to provide Kosilek sex reassignment surgery as

promptly as possible if the September 4, 2012 decision ordering such treatment is affirmed.

      b)    Defendant shall, on the last day of each month, file under seal a report describing the actions he has taken, and any progress he has achieved, in preparation to provide Kosilek sex reassignment surgery promptly if the September 4, 2012 decision is affirmed. Unless otherwise ordered, each such report shall be served on Kosilek's counsel. Each report, and the information it contains, may be provided by counsel to Kosilek and those assisting counsel in this case, and may be used solely for the purpose of monitoring and litigating matters in this case. Any disclosure of a report or the information that it contains which is not authorized by this Order may be deemed a civil and/or criminal contempt.

    3.    The parties shall, by December 7, 2012, supplement their submissions concerning Plaintiff's Motion for Award of Fees and Costs, addressing at least the issues described by the court at the November 20, 2012 hearing.

    4.    A hearing at which the court intends to decide orally Kosilek's motion for attorneys fees and costs shall be held on December 19, 2012, at 3:00 p.m.

Spencer and/or other representatives of the Commonwealth of Massachusetts are invited, but not ordered, to attend the December 19, 2012 hearing if they wish to discuss issues concerning the

implementation of the court's orders or other matters. For planning purposes, defendant shall, by December 17, 2012, inform the court of whether Spencer, or any other representative(s) or of the Commonwealth of Massachusetts, will attend the December 19, 2012 hearing.

                                                /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE