UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE L. KOSILEK,<br>    Plaintiff,<br><br>v.<br><br>LUIS S. SPENCER, in his official<br>capacity as Commissioner of the<br>Massachusetts Department of<br>Correction,<br>    Defendant | )<br>)<br>)<br>)  C.A. No. 00-12455-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                          March 4, 2013

It is hereby ORDERED that:

1. The attached February 28, 2013 Affidavit of Luis S. Spencer (Under Seal) (Redacted) (Docket No. 617-2) and Attachment (Docket No. 617-1) shall be docketed for the public record in this case.

2. Because the February 28, 2013 Affidavit of Luis S. Spencer (Under Seal) is not accompanied by a certificate of service, defendant shall, by March 12, 2013, either:

    a) Serve the unredacted version of the February 28, 2013 Affidavit of Luis S. Spencer (Under Seal) on counsel for plaintiff Michelle L. Kosilek, as is required by paragraph 2(b) of the November 20, 2012 Order and paragraph 3 of the January 18, 2013 Memorandum and Order, or

    b) File a motion for relief from the requirement that defendant serve his monthly report and affidavit on counsel for

Kosilek.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE