UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE L. KOSILEK,<br>     Plaintiff,<br><br>     v.<br><br>LUIS S. SPENCER, in his<br>official capacity as<br>Commissioner of the<br>Massachusetts Department of<br>Correction,<br>     Defendant. | C.A. No. 00-12455-MLW |

ORDER

WOLF, D.J.                                                  October 8, 2013

It is hereby ORDERED that the attached redacted version of the Affidavit of Luis S. Spencer (September, 2013) (Under Seal) (Redacted) (Docket No. 646-1) shall be docketed for the public record in this case.

                                        /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE