UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE L. KOSILEK, )
    Plaintiff, )
     )
    v. ) C.A. No. 00-12455-MLW
     )
LUIS S. SPENCER, in his )
official capacity as )
Commissioner of the )
Massachusetts Department of )
Correction, )
    Defendant. )

ORDER

WOLF, D.J.                                                    November 12, 2013

    It is hereby ORDERED that the attached redacted version of the Affidavit of Luis S. Spencer (October, 2013) (Under Seal) (Redacted) (Docket No. 648-2) shall be docketed for the public record in this case.

                                                            /s/ Mark L. Wolf
                                                           UNITED STATES DISTRICT JUDGE