UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE L. KOSILEK,<br>    Plaintiff,<br><br>        v.<br><br>LUIS S. SPENCER, in his<br>official capacity as<br>Commissioner of the<br>Massachusetts Department of<br>Correction,<br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 00-12455-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                    March 3, 2014

It is hereby ORDERED that the attached redacted version of the Affidavit of Luis S. Spencer (February, 2014) (Under Seal) (Redacted) (Docket No. 666-2) shall be docketed for the public record in this case.

                                        _____
                                        UNITED STATES DISTRICT JUDGE