```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| MICHELLE L. KOSILEK,<br>    Plaintiff,<br><br>    v.<br><br>LUIS S. SPENCER, in his<br>official capacity as<br>Commissioner of the<br>Massachusetts Department of<br>Correction,<br>    Defendant. | C.A. No. 00-12455-MLW |

<u>ORDER</u>

WOLF, D.J.                                                            April 4, 2014

     It is hereby ORDERED that the attached redacted version of the Affidavit of Luis S. Spencer (March, 2014) (Under Seal) (Redacted) (Docket No. 668-2) shall be docketed for the public record in this case.

                                                   /s/ Mark L. Wolf<br>
                                                 UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE KOSILEK,

    Plaintiff,

v.                                                    Civil Action No. 00-12455-MLW

LUIS S. SPENCER, in his official
capacity as Commissioner of the
Massachusetts Department of Correction,

    Defendant.

### AFFIDAVIT OF LUIS S. SPENCER (March, 2014) (UNDER SEAL) (REDACTED)

I, Luis S. Spencer, do hereby depose and state as follows:

1.     I am the Commissioner of Correction for the Commonwealth of Massachusetts.

2.     I have prepared this affidavit in response to the Court's January 18, 2013 Memorandum and Order and the Court's November 20, 2012 Order, which stayed the Court's September 4, 2012 Order providing sex reassignment surgery ("SRS") to Michelle Kosilek ("Kosilek") and required the Massachusetts Department of Correction ("DOC") to take the steps reasonably necessary in preparation for providing the SRS should the appeal of the September 4, 2012 Order ultimately be unsuccessful.

3.     The information provided in this affidavit is based on my personal knowledge and information obtained from DOC Mental Health Regional Administrator ("MHRA") Mitzi Peterson, MSW, LICSW. The information provided herein is true and complete to the best of my knowledge.

4     Following the progress identified in the affidavit submitted to the Court on February 28, 2014, I am able to report continued progress in taking the steps reasonably

necessary in preparation for providing the SRS should the appeal of the Court's September 4, 2012 Order ultimately be unsuccessful.

5.   MHRA Peterson continues to be in contact with ▮▮▮▮ the out-of-state surgeon who has agreed to perform any SRS surgery for Kosilek. MHRA Peterson has been advised that ▮▮▮▮ application for a Massachusetts medical license is still not complete. MHRA Peterson urged ▮▮▮▮ to complete his application as quickly as possible and to submit it to the Massachusetts Board of Registration in Medicine.

Signed under the pains and penalties of perjury this 31st day of March, 2014.

Luis S. Spencer
Commissioner of Correction