UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE LYNNE KOSILEK,<br>  Plaintiff,<br><br>v.<br><br>THOMAS A. TURCO III,<br>Massachusetts Commissioner<br>of Correction,<br>  Defendant. | CIVIL ACTION<br>NO. 00-12455-MLW |

## MOTION FOR RELIEF FROM JUDGMENT
## PURSUANT TO Fed. R. Civ. P. 60(d)(1) and (3)

Now comes the plaintiff, Michelle Lynne Kosilek, pro se, in the above-referenced civil action and respectfully moves this Honorable Court to set aside the judgment of the First Circuit Court of Appeals re: Kosilek v. Spencer, 774 F.3d (1st Cir. 2014). Plaintiff's motion is based on a fraud perpetrated on the en banc panel by then-defendant's counsel, Richard C. McFarland. This fraud was memorialized by the Honorable Mark L. Wolf, United States District Judge, on June 4. 2015.

Plaintiff apologizes for the delay in filing, her reasons explained in great detail in the attached affidavit.

In the alternative please allow plaintiff to proceed on the efficacy of electrolysis as alluded to in this Court's Memorandum and Order of June 4, 2015. Experts have never been consulted-despite this Court's Order of December, 2009-and plaintiff's new therapist is using language like "transition to being a complete woman," recognition of the transitory relief provided by removal of facial hair.

This questions the legitimacy of a policy or practice that mandates hair removal to be seen as a one-size-fits all final option for transgender women whose pain can only be relieved by surgery, when the same policy mandates compliance with WPATH Standards of Care, and individualized treatments.

Wherefore, plaintiff prays that this Honorable Court grants this motion.

Respectfully submitted,

_____
Michelle Lynne Kosilek, pro se
MCI-Norfolk
2 Clark Street, P.O. Box 43
Norfolk, MA 02056